UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.   20-80 |
| VERSUS | SECTION "I" |
| BERNELL GALE | VIOLATION: 18 U.S.C. § 371 |

## NOTICE OF RESTITUTION HEARING

Take Notice that this criminal case has been set for **RESTITUTION HEARING** on **MAY 31, 2023** at **2:00 P.M.**, before U.S. District Judge Lance M. Africk, 500 Poydras Street, Courtroom C427, New Orleans, LA 70130.

**IMPORTANT NOTE:   PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:   March 2, 2023 | CAROL MICHEL, CLERK |
| TO: | Issued by:   Bridget Gregory, Deputy Clerk |
| | AUSA: Brian M. Klebba, Maria M. Carboni, Brandon Long, Edward J. Rivera |
| Bernell Gale     **(BOND)** | |
| **Counsel for Bernell Gale:** | U.S. Marshal |
| D. Majeeda Snead | U.S. Probation Office |
| 4911 Wright Rd. | U.S. Probation Office - Pretrial Services Unit |
| New Orleans, LA 70128 | |
| Email: dmajsnead@aol.com | **JUDGE** |
| **If you change address, notify clerk of court by phone, 589-7752** | **MAGISTRATE** |
| | COURT REPORTER COORDINATOR |
| | INTERPRETER:   **NONE** |