UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 20-80 |
| BERNELL GALE | SECTION I |

### ORDER

Considering the defendant's motion[1] in opposition to the imposition of restitution,

**IT IS ORDERED** that the government shall file a memorandum indicating its position on the motion no later than **MAY 16, 2023**.

New Orleans, Louisiana, May 9, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 615.