MINUTE ENTRY
AFRICK, J.
MAY 24, 2023

JS10 - 00:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 20-80 |
| BERNELL GALE | SECTION   "I" |

COURT REPORTER: Toni Tusa
COURTROOM DEPUTY: Bridget Gregory

APPEARANCES:    Maria Carboni, Counsel for the government
Majeeda Snead, Counsel for the defendant
Bernell Gale, Defendant

**MOTION HEARING**
(defendant's motion in opposition to restitution request[1])

Case called.
Argument by defendant's counsel and the government.
Order and reasons to be issued.

---

[1] Rec. Doc. No. 615