UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO: 20-80** |
| v. | * | SECTION: "I" |
| **BERNELL GALE** | * | |
| | * * * | |

## AMENDED RULE TO REVOKE PROBATION

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Assistant United States Attorney, who respectfully represents as follows:

I.

On March 1, 2023, the defendant, Bernell Gale ("Gale"), was sentenced to probation for violating Title 18, United States Code, Sections 1341 and 371, Conspiracy to Commit Mail Fraud. Gale began his supervision on March 1, 2023.

II.

Details of the defendant's sentence and probation are set forth in the Petition for Summons for Offender Under Supervision, dated January 8, 2025. *See* Rec. Doc No. 710.

III.

The defendant has violated the terms and conditions of his probation in the manner set forth in the Petition for Summons for Offender Under Supervision. *Id*. Specifically, Gale has failed to make restitution payments from March 2023 to December 2024, resulting in a total arrearage of $5,250.00. On October 23, 2024, Gale reported that he was recently diagnosed with lupus and is unable to make the monthly restitution payments.

IV.

The defendant has further violated the terms and conditions of his probation as set forth in the First Amended Petition for Summons for Offender Under Supervision. *See* Rec. Doc. 723. Specifically, Gale has continued to fail to make restitution payments through March 2025.

V.

**WHEREFORE**, the government prays that the defendant, Bernell Gale, be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause before this Court why the probation granted to him should not be revoked for violations of the terms and conditions of his probation.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

*s/Edward J. Rivera*
EDWARD J. RIVERA
Assistant United States Attorney
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3163
E-Mail: Edward.J.Rivera@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2025, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

*s/Edward J. Rivera*
EDWARD J. RIVERA
Assistant United States Attorney